

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| NEIL H. GREENBERG, ESQ. | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | FRANCIS PENA |
| MELANIE J. LAZARUS, ESQ. | |

June 8, 2020

**VIA ECF Filing**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

**RE:   Gonzalez Villegas, et al. v. Caribbean Produce Inc., et al.
        20-CV-02507 (JMF)**

Honorable Judge Furman:

      This office represents the Plaintiffs in the above-referenced three Plaintiff FLSA/NYLL matter filed in the United States District Court, Southern District of New York on March 23, 2020. On March 25, 2020, Your Honor issued Orders referring this case to the Honorable Magistrate Judge Katharine H. Parker for settlement purposes and scheduling the parties for an Initial Conference before Your Honor on July 9, 2020, which was to take place at least two weeks after a settlement conference with Judge Parker. [Docket Entries ("D.E.") 5 and 6]. Thereafter, the corporate Defendant was served with the Summons and Complaint on April 10, 2020 and the individual Defendants were served on April 27, 2020. [D.E. 9; D.E. 10]. On May 14, 2020, counsel for Defendants submitted, on consent, a Proposed Order extending the time to answer, move, or otherwise respond to the Complaint until June 12, 2020. [D.E. 12]. Your Honor So Ordered Defendants' proposal extending their time to answer on May 14, 2020. [D.E. 13].

      On June 4, 2020, the parties appeared before Judge Parker for a pre-Settlement Conference telephonic conference. Due to several considerations, including the current date Defendants' answers are due, the timing of Judge Parker's pre-Settlement Conference submissions and exchanges, and the availability of counsel as well as Judge Parker, the Settlement Conference was scheduled for August 4, 2020. I write now, with defense counsel's consent, on behalf of all parties and pursuant to Your Honor's March 25, 2020 Order, to request an adjournment of the Initial Conference until after the August 4, 2020 Settlement Conference. This is the first request for adjournment of the Initial Conference. If the Court's schedule permits, counsel for all parties are available August, 18th, 19th, 20th, and 21st.

PHONE: 516.228.5100     FAX: 516.228.5106     INFO@NHGLAW.COM
WWW.NHGLAW.COM     WWW.NEWYORKOVERTIMELAW.COM

We thank the Court for its time and attention to this matter.

                                                                         Respectfully submitted,

                                                                         Melanie J. Lazarus, Esq.

cc (via ECF Filing):    All Counsel of Record

The initial conference is RESCHEDULED to **August 20, 2020**, at **3:45 p.m.**  The Clerk of Court is directed to terminate ECF No. 16.  SO ORDERED.

June 9, 2020