UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ROBERTO GONZALEZ VILLEGAS et al.,               :
:
                    Plaintiffs,               :        20-CV-2507 (JMF) (KHP)
:
          -v-                                           :        ORDER
:
CARIBBEAN PRODUCE INC. et al.,                  :
:
                    Defendants.             :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On May 14, 2020, the Court approved the parties' stipulation extending Defendants' deadline to answer or respond to the Complaint to June 12, 2020. ECF No. 13. To date, Defendants have neither answered the Complaint nor entered appearances in this case. As a courtesy, the Court extends their deadline to answer to **July 1, 2020**. If they fail to do so by then, the Court will set a schedule for a motion for default judgment.

        SO ORDERED.

Dated: June 26, 2020
       New York, New York                            JESSE M. FURMAN
                                                      United States District Judge