

HENRY L. KIM*
CELINA M. CHO**
JOSHUA S. LIM*
KENDAL SIM*
SEOKCHAN (SEAN) KWAK*
NICHOLAS J. DUBOIS*
SHAWN S. LEIGH***
JOHN CHEN*

\*    Admitted in NJ & NY
\*\*   Admitted in AZ only
\*\*\*  Admitted in NJ, NY and TX

**KIM, CHO & LIM, LLC**
Attorneys at Law

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400   F: 201.585.7422

NY Office:
164-01 Northern Boulevard
2nd Floor
Flushing, NY 11358
T: 718.539.7400
F: 917.463.1590

Reply to NJ Address only

January 22, 2021

<u>Via ECF only</u>
United States District Court
Southern District of NewYork
ATTN: HON. JESSE M. FURMAN, U.S.D.J.
40 Centre Street, Room 2202
New York, New York 10007

      RE:    VILLEGAS et al. v. CARIBBEAN PRODUCE, INC., et al.
              CASE NO.: 20-cv-02507-JMF
              REQUEST FOR EXTENTION OF TIME TO FILE

Dear Judge Furman:

      As you are aware, this office represents the defendants in the above-referenced FLSA action. I write with the consent of Plaintiffs' counsel to request a brief extension of the deadline to submit the parties' FLSA Settlement Agreement and Motion for Judicial Approval. The reason for this request is because counsel for each side are still in the process of collecting signatures from their respective clients. We anticipate having a fully executed agreement ready to be filed with the Court on or before January 29, 2021.

      Thank you for your time and consideration of this request.

                              Respectfully submitted,

                              Seokchan Kwak

Application GRANTED nunc pro tunc. The Clerk of Court is directed to terminate ECF No. 33. SO ORDERED.

January 25, 2021